**STATE of Maine**

v.

**Robert WORKS.**

Supreme Judicial Court of Maine.

Argued Sept. 24, 1982.

Decided March 2, 1983.

---

Henry N. Berry, III, Dist. Atty., Peter G. Ballou, Deputy Dist. Atty. (orally), Portland, for plaintiff.

Greenberg & Greenberg, Stanley Greenberg (orally), Portland, for defendant.

Before GODFREY, NICHOLS, ROBERTS, CARTER, VIOLETTE and WATHEN, JJ.

MEMORANDUM OF DECISION.

Judgment of the Superior Court *AFFIRMED* by an evenly divided Court.